```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 08 B 02025
   RAY L LEWIS
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-3114


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 01/30/2008 and was confirmed 04/09/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 11/26/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
CARRINGTON MORTGAGE SERV  CURRENT MORTG       .00          .00            .00
CARRINGTON MORTGAGE SERV  MORTGAGE ARRE       .00          .00            .00
CAPITAL ONE               UNSEC W/INTER   2242.65          .00            .00
MONTEREY FINANCIAL        SECURED          750.00          .00         395.40
MONTEREY FINANCIAL        UNSEC W/INTER    601.94          .00            .00
AT&T WIRELESS             UNSEC W/INTER NOT FILED          .00            .00
ACL LABORATORIES          UNSEC W/INTER NOT FILED          .00            .00
ACL LABORATORIES          UNSEC W/INTER NOT FILED          .00            .00
THERESA LEWIS             NOTICE ONLY   NOT FILED          .00            .00
ELDORADO RESORTS CORPORA  SECURED NOT I       .00          .00            .00
ELDORADO RESORTS CORPORA  UNSEC W/INTER NOT FILED          .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER    271.33          .00            .00
ERNESTO D BORGES JR       DEBTOR ATTY    2,234.00                    2,130.00
TOM VAUGHN                TRUSTEE                                      219.60
DEBTOR REFUND             REFUND                                          .00

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE            2,745.00

PRIORITY                                       .00
SECURED                                     395.40
UNSECURED                                      .00
ADMINISTRATIVE                            2,130.00
TRUSTEE COMPENSATION                        219.60
DEBTOR REFUND                                  .00
                  ---------------        ---------------
TOTALS             2,745.00               2,745.00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 02025 RAY L LEWIS

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/25/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE